**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 21, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00114-CR

## EX PARTE NADIA IRSAN

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1710579**

## MEMORANDUM OPINION

Appellant, Nadia Irsan, has signed and filed a written request to dismiss her appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.
Do Not Publish – Tex. R. App. P. 47.2(b)